**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2211**

---

JORGE EDUARDO VAZQUEZ,

Plaintiff - Appellant,

versus

MARYLAND PORTS ADMINISTRATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M.J. Garbis, District Judge. (CA-94-460-
MJG)

---

Submitted:  November 21, 1995        Decided:  August 2, 1996

---

Before WILKINSON, Chief Judge, HAMILTON, Circuit Judge, and
PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jorge Eduardo Vazquez, Appellant Pro Se.  Donald Arnold Krach,
MARYLAND PORTS ADMINISTRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary to the Defendant in his employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Vazquez v. Maryland Port Admin.</u>, No. CA-94-460-MJG (D. Md. June 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>